## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | |
| v. | **Case No. 1:25-cv-02585-EGS** |
| DOUG BURGUM, et al. | |
| Defendants. | |

### AFFIDAVIT OF SERVICE

Pursuant to Fed. R. Civ. P. 4, the undersigned counsel hereby certifies that service for the above-captioned case took place as described below.

On August 7, 2025, copies of the Complaint and court-issued Summons were sent via USPS Certified Mail, electronic return receipt requested, to the following parties:

**DOUG BURGUM, Secretary of the Interior**
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899560628217186)

**BRIAN NESVIK, Director**
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899560628217179)

**U.S. FISH AND WILDLIFE SERVICE**
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899560628217131)

**PAM BONDI, Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(Tracking No. 9414811899560628217353)

Additionally, on August 8, 2025, copies of the Court's Standing Order were sent via USPS Certified Mail, electronic return receipt requested, to the following parties, at the same addresses provided above:

**DOUG BURGUM** (Tracking No. 9414811899560620074435)

**BRIAN NESVIK** (Tracking No. 9414811899560620074527)

**U.S. FISH AND WILDLIFE SERVICE** (Tracking No. 9414811899560620074565)

**ATTORNEY GENERAL PAM BONDI** (Tracking No. 9414811899560620074541)

Defendants DOUG BURGUM, BRIAN NESVIK, and the U.S. FISH AND WILDLIFE SERVICE received both sets of documents on August 13, 2025. ATTORNEY GENERAL PAM BONDI received both sets of documents on August 14, 2025. Return receipts and delivery confirmation verifying the above information are attached hereto.

On August 7, 2025, a service package containing copies of the Summons and Complaint was sent via email to the Civil Process Clerk for the U.S. Attorney's Office for D.C., pursuant to instructions on the U.S. Department of Justice website. Subsequently, on August 8, 2025, a revised service package containing the Summons, Complaint, and Standing Order was emailed to the Civil Process Clerk. The first service package was received and accepted by the U.S. Attorney's Office with a service date of August 7, 2025. The Civil Process Clerk did not confirm receipt of the second service package. Thus, on August 20, 2025, out of an abundance of caution, a copy of the Standing Order was sent to the U.S. Attorney's Office via USPS Certified Mail, electronic return receipt requested, at the following address:

**CIVIL CLERK**
U.S. Attorney's Office
601 D Street NW
Washington, DC 20530
(Tracking No. 9414811899560698149783)

The U.S. Attorney's Office received the Standing Order on August 26, 2025. Return receipts and delivery confirmation verifying the above information are attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 2, 2025

Respectfully submitted,

*/s/ Chelsea Stewart-Fusek*
Chelsea Stewart-Fusek
Center for Biological Diversity
D.C. Bar No. OR0029
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6425
cstewartfusek@biologicaldiversity.org

Elise Pautler Bennett
D.C. Bar No. FL0018
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 755-6950
Fax: (520) 623-9797
ebennett@biologicaldiversity.org

*Attorneys for Plaintiff*