# Proof of Service to Secretary Doug Burgum

UNITED STATES POSTAL SERVICE

August 13, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0628 2171 86**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 13, 2025, 11:58 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | DOUG BURGUM Secretary of the Interior U S Depar |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | K. Devore / K. Devore |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



August 13, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0620 0744 35**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 13, 2025, 11:58 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Doug Burgum Secretary of the Interior U S  Depar |

| Shipment Details | |
|---|---|
| Weight: | 1.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | K.Devore / K.Devore |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Proof of Service to USFWS Director Brian Nesvik

■ UNITED STATES POSTAL SERVICE

August 13, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0628 2171 79**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 13, 2025, 11:58 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | BRIAN NESVIK Director U S Fish and Wildlife Ser |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *K. Devore / K. Devore* |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

August 13, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0620 0745 27**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 13, 2025, 11:58 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | BRIAN NESVIK Director U S Fish and Wildlife Ser |

| Shipment Details | |
|---|---|
| Weight: | 1.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-1000 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | K. Devore / K. Devore |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Proof of Service to
# U.S. Fish and Wildlife Service

UNITED STATES POSTAL SERVICE

August 13, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0628 2171 31**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 13, 2025, 11:58 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | U S FISH AND WILDLIFE SERVICE |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**

Signature of Recipient: *K. Devore / K. Devore*

Address of Recipient: 20240

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



August 13, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0620 0745 65**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 13, 2025, 11:58 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | U S  FISH AND WILDLIFE SERVICE |

| Shipment Details | |
|---|---|
| Weight: | 1.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | K. Devore / K. Devore |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Proof of Service to Attorney General Pam Bondi



August 14, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0628 2173 53**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | August 14, 2025, 4:52 am |
| Location: | WASHINGTON, DC 20018 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | PAM BONDI Attorney General U S Department of Ju |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



August 14, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0620 0745 41**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | August 14, 2025, 4:52 am |
| Location: | WASHINGTON, DC 20018 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | PAM BONDI Attorney General U S Department of Ju |

| Shipment Details | |
|---|---|
| Weight: | 1.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Proof of Service to U.S. Attorney for D.C.

# Lila Woloshin

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Sunday, August 10, 2025 5:07 PM |
| **To:** | Lila Woloshin |
| **Subject:** | RE: Case No. 1:25-cv-02585-EGS, Center for Biological Diversity v. Burgum, et al. |

Your service package has been received and accepted with a service date of August 7, 2025.  Thank you.

---

**From:** Lila Woloshin <lwoloshin@biologicaldiversity.org>
**Sent:** Thursday, August 7, 2025 6:39 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Case No. 1:25-cv-02585-EGS, Center for Biological Diversity v. Burgum, et al.

Dear Civil Process Clerk,

Pursuant to the instructions on the U.S. Department of Justice website, please find attached for service to the U.S. Attorney a combined PDF containing the following documents, which have been filed in the above-referenced matter (Case No. 1:25-cv-02585-EGS, *Center for Biological Diversity v. Burgum, et al.*):

1. Summons (ECF No. 3)
2. Complaint (ECF No. 1)

Please respond directly to this email if these documents are deficient in any way and/or service cannot be executed via email. Thank you.

Sincerely,

**Lila Woloshin, Senior Paralegal**
Endangered Species & Carnivore Conservation
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 404-4751



August 29, 2025

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 0698 1497 83**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | August 26, 2025, 4:57 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Civil Clerk U S Attorney s Office |
| **Shipment Details** | |
| Weight: | 1.0oz |
| **Destination Delivery Address** | |
| Street Address: | 601 D ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20530-0034 |
| **Recipient Signature** | |

| Signature of Recipient: |  |
|---|---|
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004