AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CENTER FOR BIOLOGICAL DIVERSITY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02585-EGS |
| DOUG BURGUM, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff CENTER FOR BIOLOGICAL DIVERSITY.

Date:   09/02/2025

/s/Elise Pautler Bennett
*Attorney's signature*

Elise Pautler Bennett (D.C. Bar No. FL0018)
*Printed name and bar number*

P.O. Box 2155
St. Petersburg, FL 33731
*Address*

ebennett@biologicaldiversity.org
*E-mail address*

(727) 755-6950
*Telephone number*

(520) 623-9797
*FAX number*